IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE D. HALBERT, SR., | ) | No. C 13-2742 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| vs. | ) ) | OR RESPONSIVE MOTION |
| WARDEN DAVID LONG, | ) ) | |
| Respondent. | ) ) | (Docket No. 5.) |

Petitioner, a state prisoner proceeding *pro se*, filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 4, 2013, this court issued an order to show cause why the petition should not be granted and directed respondent to file an answer or responsive motion within sixty days. (Docket No. 4.) Respondent has filed a motion for an extension of time until February 3, 2014. (Docket No. 5.) Respondent's motion is **GRANTED**. Respondent shall file an answer or responsive motion **no later than February 3, 2014**. Petitioner may file a traverse **within thirty (30) days** of an answer being filed. He may file an opposition **within thirty (28) days** of the filing date of a responsive motion, if any.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED:  12/11/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Answer or Responsive Motion
G:\PRO-SE\LHK\HC.13\Halbert742eot-ans.wpd