IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE D. HALBERT, SR., | No. C 13-2742 LHK (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| WARDEN DAVID LONG, | |
| Respondent. | (Docket No. 7) |

Petitioner, a state prisoner proceeding *pro se*, filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 4, 2013, this court issued an order to show cause. (Docket No. 4.) On February 3, 2014, respondent filed a response to the court's order to show cause. (Docket No. 9.) Petitioner's traverse is due March 5, 2014. Petitioner has filed a motion requesting an extension of time to file a traverse due to his limited access to the prison's law library. (Docket No. 7.)

Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than April 4, 2014**, thirty days from the current due date.

This order terminates docket number 7.

IT IS SO ORDERED.

DATED: 2/25/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Traverse
P:\PRO-SE\LHK\HC.13\Halbert742eot-trav.wpd